L. Meisel & Company v. National Jewelers Board of Trade.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., McLaughlin, Laughlin, Smith and Page, JJ.

Edward J. Walsh v. Mississippi Glass Company and Others.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., McLaughlin, Laughlin, Smith and Page, JJ.

Edward McElroy v. Floral Park Villa Company.— Motion for stay granted pending determination of appeal.   Order to be settled on notice. Present — Clarke, P. J., McLaughlin, Laughlin, Smith and Page, JJ.

Barnet Feinstein v. Max Schwartz and Others.— Motion for stay granted on condition that defendants give an undertaking in the sum of $2,000, and that the appeal be prosecuted expeditiously.   Order to be settled on notice.   Present — Clarke, P. J., McLaughlin, Laughlin, Smith and Page, JJ.

Nicholas Power Company v. Herman H. Gidden and Others.— Motion denied.  Present — Clarke, P. J., McLaughlin, Laughlin, Smith and Page, JJ.

National Nassau Bank of New York v. James C. Cleary.— Motion granted.  Present — Clarke, P. J., McLaughlin, Laughlin, Smith and Page, JJ.

Max Posner v. Kurzrck Brothers Company.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., McLaughlin, Laughlin, Smith and Page, JJ.

In the Matter of The Northern Bank (In the Matter of Gifford, Hobbs & Beard).— Motion granted unless appellant complies with terms stated in order.   Present — Clarke, P. J., McLaughlin, Laughlin, Smith and Page, JJ.

The Kirke La Shelle Company, Plaintiff, v. Paul Armstrong, Defendant.— Reargument ordered.   See memorandum.   Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

In the Matter of Charles H. Herbst.— Application granted.   Order to be settled on notice.   Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

The People of the State of New York ex rel. D. Clinton Mackey v. Frank Hasbrouck, Superintendent of Insurance, etc.— Motion to dismiss writ granted, with ten dollars costs, unless relator comply with terms stated in order.   Order filed.   Present — Clarke, P. J., Laughlin, Dowling Page and Davis, JJ.

In the Matter of Frederick T. Martin, Deceased.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.